■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. K. BABE HOWELL, Appellant, v GERALD MITCHELL, Respondent. [639 NYS2d 692]

Petitioner's habeas corpus application challenging the court's revocation of his bail for violation of a temporary order of protection has been rendered moot because petitioner is no longer incarcerated and the challenged language contained in the standard order of protection has been amended by the Legislature. Accordingly, there is no need to entertain the merits of petitioner's claim (*see, Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714). Concur—Murphy, P. J., Rubin, Ross and Tom, JJ.